**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7219**

———————————

RONALD FLOYD JACKSON,

                              Plaintiff - Appellant,

        versus

CORRECTIONAL MEDICAL SYSTEMS, INCORPORATED;
JOHN AYCOCK; ANNA MARIE INMAN; D. HOWARD;
SCDC,

                              Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Patrick Michael Duffy, District
Judge.  (CA-96-396-6-23AK)

———————————

Submitted:  February 12, 1998     Decided:  February 26, 1998

———————————

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Ronald Floyd Jackson, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommended disposition and find no reversible error. Accordingly, we affirm the order of the district court. We note that although the Appellant's claim was not time-barred, see S.C. Code Ann. § 15-4-30(3) (Law. Co-op. 1977) (repealed 1996); see also Fed. R. Civ. P. 6(a), the district court properly dismissed the complaint because it failed to state a claim of deliberate indifference to a serious medical need. See Estelle v. Gamble, 429 U.S. 97, 105-06 (1976); see also Miltier v. Beorn, 896 F.2d 848, 851-52 (4th Cir. 1990); Cooper v. Dyke, 814 F.2d 941, 945 (4th Cir. 1987). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED